# EXHIBIT "A"

| **No. 1** | Christopher Sadowski |
|---|---|
| **Registration No.:** VA 2-307-399 | **Registration Date:** June 30, 2022 |

**Title of Work:** "042222migrantflight2CS"

**Original**




**Link to Alleged Infringement:**

1. https://www.independentsentinel.com/obama-judge-bars-trump-from-revoking-bidens-illegal-amnesty/?utm_medium=organic&utm_source=yandexsmartcamera

**Screenshot**



Independent Sentinel

HOME ABOUT US CLOWN WORLD YOU MIGHT NOT KNOW OPPRESSED VICTIMS NEWS COLUMNISTS

Home › Home › Obama Judge Bars Trump from Revoking Biden's Illegal Amnesty

Home

Obama Judge Bars Trump from Revoking Biden's Illegal Amnesty

By M Dowling - April 15, 2025 2

*Night flight of illegal aliens coming into NYC airport per Biden directive.*

On Monday, Federal Judge Indira Talwani blocked the Trump administration from revoking the legal status and work permits of the more than 530,000 migrants from Cuba, Haiti, Nicaragua, and Venezuela who flew into the United States during former President Joe Biden's time in office.

Trending Posts

Zohran's Tenant Dir. Will Seize Private Property, Listen for Yourself

Woman Killed While Driving Into an ICE Agent Is Identified

Pinko Democrats Flood Times Sq. Calling for Revolution on Behalf of Maduro

NYC Is Conquered, Watch the Video from 1989 Stating Their Objective

Zohran Begins the Transformation of NYC & It Ain't Pretty

| No. 2 | Christopher Sadowski |
|---|---|

| **Registration No.:** VA 2-288-279 | **Registration Date:** December 31, 2021 |
|---|---|

**Title of Work:** "120221stabbingspree1CS"

**Original**



**Link to Alleged Infringement:**

1. https://www.independentsentinel.com/gangster-murders-a-columbia-student-stabs-a-tourist-threatens-another-within-minutes/?utm_medium=organic&utm_source=yandexsmartcamera

**Screenshot**



near West 110th Street

- Considering Gold for Retirement? Here's What to Understand First.

As CBS2's Andrea Grymes reports, police tape and flowers mark the spot where investigators found Columbia graduate student Davide Giri, 30, stabbed in the stomach. It was just before 11 p.m. Thursday night

Police sources say a known gang member randomly targeted Giri, killing him, and leaving neighbors who didn't even know him heartbroken.

"Comes here to study and live his dreams, goes to the best school in the world, and someone just comes up and stabs him?" one neighbor said. "It's horrible."

*Vincent Pinckney, 25*

The violence didn't stop there. Police sources say the suspect also randomly stabbed and injured another man, a 27-year-old tourist from Italy – on the other side of the park, near West 110th Street and Columbus.

The suspect allegedly threatened another man nearby in Central Park when police caught him with the knife.

- Protect Your Retirement... BUT Beware of Gold IRA Dealer Lies

"It's awful. My husband and I, we just moved here from California about two months ago and, you know, we know, always be careful like walking in the park and everything," said Morningside Heights resident Bri Keating.

Dementia Begins When A Person Eats This Common Food - Avoid Them!

Memory Care

The Equine Woman You've Never Seen Before

Buzz Day

Quotes to Remember

"Such a disappointment when you defend someone for so long thinking they are different and they turn out to be just like what everyone said." Khayri R.R. Woulfe

"We shall have no real hope to survive the enemies arranged against us until we hang the traitors lurking among us." Thomas

We are using cookies to give you the best experience on our website.
You can find out more about which cookies we are using or switch them off in settings.

Accept Reject